# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: **MELVIN ALANSON HEARD**

MISC. BUSINESS DOCKET
No: 19-mc-91288-PBS

## ORDER OF TEMPORARY SUSPENSION

WHEREAS, on May 13, 2019, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of Order of Temporary Suspension with respect to Attorney **MELVIN ALANSON HEARD.**

1. WHEREAS, pursuant to Local Rule 83.6.9, on July 24, 2019, "Notice of Filing of Disciplinary Action" and "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **MELVIN ALANSON HEARD**;

2. WHEREAS, on July 26, 2019, the certified mail package was signed for and delivered;

3. WHEREAS, **MELVIN ALANSON HEARD** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **MELVIN ALANSON HEARD** is hereby Suspended from the practice of law before this court until further notice.

_9/5/19_
Date

_Patti B. Saris_
Patti B. Saris, Chief Judge